IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| | ) | 4:08PO3002 |
| vs. | ) | |
| | ) | |
| JESSE R. URBANSKI, | ) | Order |
| | ) | |
| Defendant. | ) | |

Before the Court is the request for production of a CD of a hearing held on August 5, 2008 [4].

IT IS ORDERED:

1. The request for production of a CD, filing [10] is granted.

2. Jennifer Bangert, is ordered to pay to the Clerk of Court the amount of $26.00.

3. Upon receipt of this fee, the Clerk of Court is ordered to prepare a CD of the hearing held on August 5, 2008, and mail the CD to the requestor.

Dated: October 9, 2012.

BY THE COURT:

s/ *Richard G. Kopf*
United States Senior District Judge